# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Galas v. C.R. Bard, Inc., et al.*
**Case No. 2:22-cv-2713**

## ORDER

This matter is before the Court on Defendants' motion to compel production of Plaintiff's Plaintiff Profile Form ("PPF") as required by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57.)  Defendants' motion (ECF No. 3) is **GRANTED**.  Plaintiff is required to produce the completed PPF within thirty days or this case will be dismissed.

**IT IS SO ORDERED.**

3/13/2023
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**